

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 3:90-cr-856-JAH-12 |
|---|---|
| Plaintiff, | **ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE** |
| v. | |
| ELADIO BOUZA, | |
| Defendant. | |

On August 18, 2025, Defendant Eladio Bouza ("Defendant") filed a motion for early termination of supervised release. ECF No. 600.

In 1991, more than thirty-four years ago, Defendant was convicted of three counts for crimes involving controlled substances. *Id.* at 2. Under the law at that time, because Defendant had two or more felony drug convictions, he was subject to a mandatory life term without release. *Id*. Defendant proceeded to serve more than twenty-eight years in federal custody. *Id*. On August 29, 2019, pursuant to the First Step Act, the Defendant and the Government filed a joint motion to reduce the Defendant's sentence. ECF No. 582. The Court granted the motion one week later. ECF No. 583. The Court, in its order, also sentenced Defendant to eight years of supervised release. *Id*. Defendant represents in the instant motion that he has now served almost six years of his eight-year term of supervised release. ECF No. 600 at 2.

Defendant represents that the United States does not oppose his request for early termination of supervised release. ECF No. 600 at 2. Defendant also represents that, while the United States Probation Office is unable to join the United States as "matter of policy," Defendant's probation officer has stated that Defendant has had no violations or problems on supervised release. *Id*. at 2-3. Defendant represents that his probation officer has also stated that there are no concerns that Defendant poses any danger to the community or risk of recidivism. *Id*. at 3.

Defendant is currently retired with his own apartment in San Diego, and Defendant has had no criminal charges filed against him since his original conviction in 1991. ECF No. 600 at 5. While serving his custodial sentence, Defendant had no incident reports during his twenty-eight years of incarceration. *Id*. Defendant has demonstrated that he has been a law-abiding and productive citizen since his release from custody, and Defendant seeks early termination of supervised release in order to more easily visit his family members in Arizona.

Finding no objection by the United States or the Probation Office for the Southern District of California, the Court accordingly ORDERS that Defendant's motion for early termination of supervised release is granted pursuant to 18 U.S.C. § 3583(e)(1).

**IT IS SO ORDERED**.

DATED: August 19, 2025

_____

JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE